# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF IOWA
## CENTRAL DIVISION

| | |
|---|---|
| In re: Lester, Sean C § Case No. 15-02542-LMJ7 |
| Lester, Kayla R § |
| § |
| Debtor(s) § |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on December 14, 2015. The undersigned trustee was appointed on December 14, 2015.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of        $            3,768.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 0.00 |
   | Bank service fees | 30.00 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |

   Leaving a balance on hand of [1]        $            3,738.00

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 05/05/2016 and the deadline for filing governmental claims was 06/11/2016. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $942.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $942.00, for a total compensation of $942.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $47.50, for total expenses of $47.50.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/18/2016          By: /s/Charles L Smith
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-02542-LMJ7  
**Case Name:** Lester, Sean C  
Lester, Kayla R  
**Period Ending:** 05/18/16  

**Trustee:** (350260) Charles L Smith  
**Filed (f) or Converted (c):** 12/14/15 (f)  
**§341(a) Meeting Date:** 01/06/16  
**Claims Bar Date:** 05/05/16  

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | 4816 Sunshine Cir<br>LOT 72 JOHNSTON<br>MEADOWS PLAT<br>Imported from original petition Doc# 1 | 195,000.00 | 0.00 | | 0.00 | FA |
| 2 | Deposits of money - : Bank of America checking<br>Imported from original petition Doc# 1 | 1,031.73 | 773.05 | | 0.00 | FA |
| 3 | Deposits of money - : bank of america savings<br>Imported from original petition Doc# 1 | 23.85 | 0.00 | | 0.00 | FA |
| 4 | Deposits of money - : veridian checking and savi<br>Imported from original petition Doc# 1 | 29.22 | 21.17 | | 0.00 | FA |
| 5 | Deposits of money - : USAA checking<br>Imported from original petition Doc# 1 | 50.00 | 36.75 | | 0.00 | FA |
| 6 | household goods & furnishings<br>Imported from original petition Doc# 1 | 1,750.00 | 0.00 | | 0.00 | FA |
| 7 | Samsung galaxy (was free with purchase of printe<br>Imported from original petition Doc# 1 | 30.00 | 0.00 | | 0.00 | FA |
| 8 | wearing apparel<br>Imported from original petition Doc# 1 | 1,000.00 | 0.00 | | 0.00 | FA |
| 9 | wedding rings<br>Imported from original petition Doc# 1 | 4,000.00 | 0.00 | | 0.00 | FA |
| 10 | other misc. jewelry<br>Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 11 | Term life insurance with no cash value<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 12 | : 401k<br>Imported from original petition Doc# 1 | 38,000.00 | 0.00 | | 0.00 | FA |
| 13 | : FERS<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 14 | Dodge<br>Journey Crossroad<br>2015<br>17500<br>(surrendering | 22,039.00 | 22,039.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-02542-LMJ7  
**Case Name:** Lester, Sean C  
            Lester, Kayla R  
**Period Ending:** 05/18/16

**Trustee:** (350260) Charles L Smith  
**Filed (f) or Converted (c):** 12/14/15 (f)  
**§341(a) Meeting Date:** 01/06/16  
**Claims Bar Date:** 05/05/16

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Imported from original petition Doc# 1 | | | | | |
| 15   2013 Jeep Wrangler. Entire property value: $3224 Imported from original petition Doc# 1 | 32,243.00 | 0.00 | | 0.00 | FA |
| 16   Toyota Camry 2012. Entire property value: $15000 Imported from original petition Doc# 1 | 15,000.00 | 0.00 | | 0.00 | FA |
| 17   accrued wages Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 18   Tax Refund (See Footnote) | Unknown | 0.00 | | 3,768.00 | FA |
| **18 Assets Totals** (Excluding unknown values) | **$310,296.80** | **$22,869.97** | | **$3,768.00** | **$0.00** |

RE PROP# 18    The Debtors owe $3,768 in non-exempt tax refunds calculated as follows: Federal refund of $7,057 when prorated to date of filing = $6,728 plus 25% of total accrued wages of $738 = $7,466. Then subtracting $2,000 for wage and tax exemption and $1,698 for remaining wildcard = $3,768.

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**          **Current Projected Date Of Final Report (TFR):**

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| **Case Number:** | 15-02542-LMJ7 | | **Trustee:** | Charles L Smith (350260) |
|---|---|---|---|---|
| **Case Name:** | Lester, Sean C | | **Bank Name:** | Rabobank, N.A. |
| | Lester, Kayla R | | **Account:** | ******2566 - Checking Account |
| **Taxpayer ID #:** | **-***5589 | | **Blanket Bond:** | $8,817,000.00   (per case limit) |
| **Period Ending:** | 05/18/16 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 02/16/16 | {18} | Debtor | Turnover of non-exempt tax refunds | 1124-000 | 3,768.00 | | 3,768.00 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,758.00 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,748.00 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,738.00 |
| | | | **ACCOUNT TOTALS** | | 3,768.00 | 30.00 | $3,738.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 3,768.00 | 30.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$3,768.00** | **$30.00** | |

| | | | **TOTAL - ALL ACCOUNTS** | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|---|---|---|
| | | | **Checking # ******2566** | 3,768.00 | 30.00 | 3,738.00 |
| | | | | $3,768.00 | $30.00 | $3,738.00 |

{} Asset reference(s)

# Exhibit C

**Case:  15-02542-LMJ7      Lester, Sean C**

Claims Bar Date:   05/05/16

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| NOTFILED | USAA Federal Savings Bank<br>10750 McDermott Freeway<br>TX, 78<br><4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>,  100 | Secured<br>12/14/15 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | Wells Fargo Home Mortgage<br>IL<br>Carol Stream<br>IL, 60<br><4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>,  100 | Secured<br>12/14/15 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | USAA Federal Savings Bank<br>10750 McDermott Freeway<br>TX, 78<br><4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>,  100 | Secured<br>12/14/15 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Charles L Smith<br>25 Main Place, Suite 200<br>PO Box 248<br>Council Bluffs, IA 51502<br><2100-00   Trustee Compensation>,  200 | Admin Ch. 7<br>12/14/15 | | $942.00<br>$942.00 | $0.00 | $942.00 |
| | Charles L Smith<br>25 Main Place, Suite 200<br>PO Box 248<br>Council Bluffs, IA 51502<br><2200-00   Trustee Expenses>,  200 | Admin Ch. 7<br>12/14/15 | | $47.50<br>$47.50 | $0.00 | $47.50 |
| 1 | Discover Bank<br>Discover Products Inc.<br>PO Box 3025<br>New Albany, OH 43054-3025<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>02/11/16 | 8603 | $2,669.73<br>$2,669.73 | $0.00 | $2,669.73 |
| 2 | Discover Bank<br>Discover Products Inc.<br>PO Box 3025<br>New Albany, OH 43054-3025<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>02/11/16 | 6279 | $4,020.55<br>$4,020.55 | $0.00 | $4,020.55 |

# Exhibit C

**Case:  15-02542-LMJ7         Lester, Sean C**

Claims Bar Date:   05/05/16

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 3 | Quantum3 Group LLC as agent for Sadino Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>02/26/16 | 6069 | $500.00<br>$500.00 | $0.00 | $500.00 |
| 4 | Quantum3 Group LLC as agent for Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>02/29/16 | 4141 | $541.05<br>$541.05 | $0.00 | $541.05 |
| 5 | U.S. Department of Education<br>C/O FedLoan Servicing<br>P.O. Box 530210<br>Atlanta, GA 30353-0210<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>03/02/16 | 4716 | $14,871.68<br>$14,871.68 | $0.00 | $14,871.68 |
| 6 | Synchrony Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami, FL 33131-1605<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>03/11/16 | 0185 | $1,982.34<br>$1,982.34 | $0.00 | $1,982.34 |
| 7 | United Consumer Financial Services<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd., Suite 200<br>Tucson, AZ 85712<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>04/20/16 | 4030 | $1,063.46<br>$1,063.46 | $0.00 | $1,063.46 |
| 8 | Veridian Credit Union<br>PO Box 6000<br>Waterloo, IA 50704<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>04/26/16 | 0151 | $11,787.41<br>$11,787.41 | $0.00 | $11,787.41 |
| 9 | Veridian Credit Union<br>PO Box 6000<br>Waterloo, IA 50704<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>04/26/16 | 0154 | $10,073.14<br>$10,073.14 | $0.00 | $10,073.14 |
| 10 | Comenity Capital Bank/Paypal Credit<br>C O WEINSTEIN & RILEY, PS<br>PO Box 3978<br>SEATTLE, WA 98124-3978<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>05/04/16 | 3476 | $761.27<br>$761.27 | $0.00 | $761.27 |
| | | | **Case Total:** | | **$0.00** | **$49,260.13** |

**TRUSTEE'S PROPOSED DISTRIBUTION**                                         Exhibit D

Case No.: 15-02542-LMJ7
Case Name: Lester, Sean C
Trustee Name: Charles L Smith

**Balance on hand:**                $               3,738.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:     $         0.00
Remaining balance:                         $     3,738.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Charles L Smith | 942.00 | 0.00 | 942.00 |
| Trustee, Expenses - Charles L Smith | 47.50 | 0.00 | 47.50 |

Total to be paid for chapter 7 administration expenses:    $       989.50
Remaining balance:                                         $     2,748.50

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:    $       0.00
Remaining balance:                                             $   2,748.50

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:    $         0.00
Remaining balance:                       $     2,748.50

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (05/1/2011)**

Timely claims of general (unsecured) creditors totaling $ 48,270.63 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 2,669.73 | 0.00 | 152.01 |
| 2 | Discover Bank | 4,020.55 | 0.00 | 228.93 |
| 3 | Quantum3 Group LLC as agent for | 500.00 | 0.00 | 28.47 |
| 4 | Quantum3 Group LLC as agent for | 541.05 | 0.00 | 30.81 |
| 5 | U.S. Department of Education | 14,871.68 | 0.00 | 846.78 |
| 6 | Synchrony Bank | 1,982.34 | 0.00 | 112.87 |
| 7 | United Consumer Financial Services | 1,063.46 | 0.00 | 60.55 |
| 8 | Veridian Credit Union | 11,787.41 | 0.00 | 671.17 |
| 9 | Veridian Credit Union | 10,073.14 | 0.00 | 573.56 |
| 10 | Comenity Capital Bank/Paypal Credit | 761.27 | 0.00 | 43.35 |

Total to be paid for timely general unsecured claims: $ 2,748.50
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for subordinated claims: **$** 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**